IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE: | * |
| NICHOLAS ANDEW HILDEBRANDT | * |
| ASHLEY RENE HILDEBRANDT | * |
| | * CASE NO. 19-23156 |
| | * CHAPTER 7 |
| Debtor | * |
| 5G VENTURE CAPITAL MANAGEMENT LLC | * |
| | * Adversary No. 20-00010 |
| Plaintiff | * |
| v. | * |
| NICHOLAS HILDEBRANDT | * |
| Defendant | * |

**DEFENDNT'S ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT 11 U.S.C. § 523 (a)(2)(A), (4) & (6)**

Nicholas Hildebrandt, Defendant, Pro Se, answers the Complaint filed against him in the above matter as follows:

1. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 1, and they are therefore denied.

2. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 2, and they are therefore denied.

3. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 3, and they are therefore denied.

4. The matters alleged in paragraph 4 are admitted.

5. The matters alleged in paragraph 5 are admitted.

6. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 6, and they are therefore denied.

7. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 7, and they are therefore denied.

8. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 8, and they are therefore denied.

9. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 9, and they are therefore denied.

10. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 10, and they are therefore denied.

11. The allegations in paragraph 11 are denied.

12. The allegations in paragraph 12 are denied.

13. The allegations in paragraph 13 are denied.

14. The allegations in paragraph 14 are denied.

15. The allegations in paragraph 15 are denied.

16. The allegations in paragraph 16 are denied.

17. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 17, and they are therefore denied.

18. I am without sufficient knowledge or information to form a belief as to the matters alleged in paragraph 18, and they are therefore denied.

19. The allegations in paragraph 19 are denied.

20. The allegations in paragraph 20 are denied.

21. The allegations in paragraph 21 are denied.

22. The allegations in paragraph 22 are denied.

23. The allegations in paragraph 23 are denied.

24. The allegations in paragraph 24 are denied.

25. The allegations in paragraph 25 are denied.

26. The allegations in paragraph 26 are denied.

27. The allegations in paragraph 27 are denied.

28. The allegations in paragraph 28 are denied.

29. The allegations in paragraph 29 are denied.

30. The allegations in paragraph 30 are denied.

31. The allegations in paragraph 31 are denied.

32. The allegations in paragraph 32 are denied.

WHEREFORE, the Defendant, having fully answered the Complaint prays as follows:

A. That the Complaint be Dismissed;

B. For such other and further relief as the nature of the Defendant's cause may require.

Nicholas Hildebrandt
Pro Se
45 Dendron Court
Baltimore, MD 21234
(443) 791-3933
*Attorneys for Debtors*
furylaw@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 7th day of February, 2020, a copy of the foregoing Answer to Complaint was served on the parties listed below by First Class Mail, postage prepaid:

Gary R. Greenblatt, Esquire
Coon & Cole, LLC
305 W. Chesapeake Avenue
Suite 510
Towson, MD 21204
*Attorney for Plaintiff*

Nicholas Hildebrandt